# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** upon the relation and for the use of the **TENNESSEE VALLEY AUTHORITY,** | **JUDGMENT IN A CIVIL CASE** |
|     **Plaintiff,** | |
| vs. | |
| **A TEMPORARY RIGHT TO ENTER UPON LAND IN CHESTER COUNTY, TENNESSEE,** and **HUNTER FAULKNER, REBECCA FAULKNER,** his wife, | **CASE NO: 23-2130-STA-jay** |
|     **Defendants.** | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT AND ORDER DISBURSING FUNDS** entered on April 29, 2024, Plaintiff's motion for Summary Judgment is GRANTED, and judgment will be entered awarding Defendants Hunter Faulkner and Rebecca Faulkner jointly the sum of $10 for the temporary right to enter that was taken.

                                                                          APPROVED:

s/ S. Thomas Anderson
JUDGE UNITED STATES DISTRICT COURT

DATE: 4/29/2024

                                              Wendy R. Oliver
                                              Clerk of Court

                                              s/Maurice B. BRYSON

**(By)   Deputy Clerk**